FILED'08 OCT 23 09:56 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFERY DRING,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

       Defendant.

Civ. No. 07-6179-CL

**JUDGMENT**

Based on the record, it is ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

DATED this 23 day of October, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT