FILED'08 NOV 20 11:06 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFERY DRING,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

    Defendant.

Civ. No. 07-6179-CL

**ORDER**

**PANNER, District Judge:**

    Based on the stipulation of the parties, the Commissioner is ordered to pay plaintiff $5,158.24 for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. The fees are to be paid care of plaintiff's attorney, Alan Graf, at P.O. Box 98, Summertown, TN 38483. No costs are awarded to either party.

    IT IS SO ORDERED.

    DATED this __20__ day of November, 2008.

                              OWEN M. PANNER
                              U.S. DISTRICT JUDGE

1 - ORDER